# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR313 |
| vs. | ) | ORDER |
| STEVEN JONES and CARNEISCYA WILLIAMS, | ) | |
| Defendants. | ) | |

This matter is before the court on the joint motion for an extension of time by defendants Steven Jones (Jones) and Carneiscya Williams (Williams) (Filing No. 22). Defendants seek until November 15, 2011, in which to file pretrial motions in accordance with the progression order. Jones' counsel represents that Jones will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Williams has filed an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Defendants' counsel represent that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

The motion of defendants Jones and Williams for an extension of time (Filing No. 22) is granted. Defendants are given until **on or before November 15, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 2, 2011, and November 15, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason the defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of November, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge